UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-382-FL

UNITED STATES OF AMERICA

v.

AMONIE SHATEAS FLETCHER

## ORDER

THIS MATTER is before the Court on the Defendant's Unopposed Second Motion to Amend the Terms of her Pre-Trial Release, filed in this matter on July 13, 2020. The Defendant seeks permission to move with her children to reside with her cousin, Shalakyisha Olivo Massey at 1100 N. Frazier Rd., Mebane, North Carolina in the Middle District of North Carolina. Ms. Massey has advised that she is willing to serve as the third party custodian, and assist the Defendant with child care.

The Government has no objection to the Defendants' motion.

Having considered the foregoing;

IT IS HEREBY ORDERED, that the Defendant shall be allowed to reside with Shalakyisha Olivo Massey at 1100 N. Frazier Rd, Mebane, NC in the Middle District of North Carolina.

This the __20th__ day of __July__, 2020.

_____
The Honorable Louise W. Flanagan
United States District Court Judge